**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-03426-SBP

ALEA R. KENNEDY,

Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC,
GS CHERRY CREEK PROJECT OWNERS, LLC,
GREP SOUTHWEST, LLC,
PSYCHE, INC.,
JERRY LEE MOORE,
JACKIE DILLON,
NICOLE KENNEDY;
WILLIAM “BILL” RANDALL,
EMILY MCCOLLUM,
JAMIE CUTRIGHT FISCHER, and
MARLENE BIZUB,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 1, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, February 1, 2024.

FOR THE COURT, s/ N. Orlin

JEFFREY P. COLWELL, Clerk